IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LYDELL M. WHITE,

    Plaintiff,

v.

N. NAWAZ, Corrections Officer;
J. NOFZIER, Hearings Officer,

    Defendants.

Case No. 6:18-cv-01512-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 11), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 11) is adopted in full. The case is dismissed with prejudice.

IT IS SO ORDERED.

    DATED this 16th day of April, 2019.

                                                      s/Michael J. McShane
                                                        Michael McShane
                                                    United States District Judge